UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYUDMILA LADUNSKIY and PETER LADUNSKIY,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ANDERSON & ASSOCIATES CREDIT SERVICES, LLC,<br><br>　　　　　　　　Defendant. | Case No.: 2:24-cv-00114-RSM<br><br>ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL |

This matter comes before the Court on the Motion for Leave to Withdraw as Counsel ("the Motion to Withdraw") filed by Defendant's counsel. Dkt. #8. The court has reviewed the submissions and the record in this case.

IT IS ORDERED that the Motion to Withdraw, Dkt. #8, is GRANTED. As a business entity, Defendant is required to retain counsel. LCR 83.2. The Court DIRECTS Defendant to retain new counsel and for that counsel to appear within thirty (30) days of this Order. The Court notes that Defendant's last known address and telephone number are:

　　Anderson & Associates Credit Services, LLC
　　P.O. Box 230286
　　Portland, OR 97281
　　(503) 293-5400

　　DATED: June 21, 2024

　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - PAGE 1