UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYUDMILA AND PETER LADUNSKIY, <br><br> Plaintiffs, <br><br> v. <br><br> ANDERSON & ASSOCIATES CREDIT SERVICES, LLC, <br><br> Defendant. | Case No. C24-114RSM <br><br> ORDER GRANTING MOTION FOR AMENDED JUDGMENT |

THIS MATTER having come before the Court on Plaintiffs' Motion for judgment as to order on attorney's fees, Dkt. #19, and the Court, having reviewed the Motion and the remainder of the record, hereby rules as follows: Plaintiff's motion is GRANTED. The Court shall issue an amended judgment, combining into one judgment the damages awarded to Plaintiffs in the amount of $20,955.22 (Dkt. #16) and the attorney's fees awarded to Plaintiffs in the amount of $18,257.50 (Dkt. #18), for a total of $39,212.72. The previous judgement issued in this case on June 18, 2025, is VACATED.

IT IS SO ORDERED.

DATED this 20th day of October, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR AMENDED JUDGMENT - 1